UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN M. HEGNEY,

    Petitioner,

v.

HAROLD D. CLARKE,

    Respondent.

Case No. C07-5550FDB

ORDER GRANTING A STIPULATED EXTENSION OF TIME.

This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. Before the court is a joint motion to extend time. The parties agree:

1.    A record should be submitted by January 25, 2008.

2.    An amended petition will be due on or before March 26, 2008.

3.    An answer is due on or before May 25, 2008.

The court adopts this schedule as the briefing schedule in this case.

The Clerk is directed to mail a copy of this Order to counsel for petitioner and counsel for respondent.

DATED this 14 day of January, 2008.

          */S/ J. Kelley Arnold*
          J. Kelley Arnold
          United States Magistrate Judge

ORDER
Page - 1