UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN M. HEGNEY,<br><br>             Petitioner,<br><br>     v.<br><br>HAROLD D. CLARKE,<br><br>             Respondent. | Case No.  C07-5550FDB/JKA<br><br>ORDER SETTING PROPOSED<br>BRIEFING SCHEDULE |

      This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.  Petitioner is represented by Mr. Neil Martin Fox.   Before the court is a joint motion to set a briefing schedule.

      Petitioner's corrected memorandum was filed May 20, 2008 (Dkt # 21).  The court now orders Respondent to file an answer on or before **August 1, 2008**, Any traverse Petitioner wishes to file must be filed and served on or before **August 15, 2008.**  The petition should be set on the Court's calendar for **August 22, 2008.**

      The Clerk is directed to mail a copy of this Order to counsel for petitioner and counsel for respondent.

      DATED this 4 day of June, 2008.

                                         */S/ J. Kelley Arnold*
                                         J. Kelley Arnold
                                         United States Magistrate Judge