# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUSTIN M. HEGNEY,

        v.

ELDON VAIL,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5550FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court ADOPTS the Report and Recommendation;and

Petitioner's federal *habeas corpus* petitioner is DISMISSED.

| October 28, 2008 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | *s/J.L. Patton* |
| | Deputy Clerk |