UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN M. HEGNEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELDON VAIL *et al.*,<br><br>　　　　Defendants. | Case No. C07-5550FDB<br><br>ORDER GRANTING MOTION FOR<br>CERTIFICATE OF APPEALABILITY |

Plaintiff requests a certificate of appealability concerning this Court's ruling on his various claims related to the decision made at his "juvenile decline hearing." The Court has no objection to Plaintiff appealing this Court's decision to adopt the Magistrate Judge's Report and Recommendation.

ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion for Certificate of Appealability [Dkt. # 36] is GRANTED.

DATED this 1st ay of December 2008.

　　　　　　　　　　　　　　　　　/s/ Franklin D. Burgess
　　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS

ORDER - 1

UNITED STATES DISTRICT JUDGE

ORDER - 2